United States District Court
Southern District of Texas
**ENTERED**
September 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUBEN NARANJO, Individually and on Behalf of All Similarly Situated Persons, <br><br>   Plaintiff. <br><br> VS. <br><br> NXT OILFIELD RENTALS, LLC, <br><br>   Defendant. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:17-CV-00068 |

## ORDER

CONSIDERING the Joint Motion for Approval of Confidential Settlement and Release Agreement and having reviewed the civil record of these proceedings, the submissions of the parties, the Motion and the specific terms of the proposed Agreement and finding there to be a bona fide dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion for Approval of Confidential Settlement and Release Agreement be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Confidential Settlement and Release Agreement which has been filed in the Civil Record under seal and said Agreement shall remain under seal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that once resolution is

effectuated, the parties shall file a Motion to Dismiss with Prejudice and proposed Final Judgment.

THUS DONE AND SIGNED on this _____ day of __9/25/18__, 2018 in Corpus Christi, Texas.

_____
HONORABLE NELVA GONZALES RAMOS
UNITED STATES JUDGE