United States District Court
Southern District of Texas
**ENTERED**
October 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUBEN NARANJO, Individually and on Behalf of All Similarly Situated Persons,<br><br>  Plaintiff.<br><br>VS.<br><br>NXT OILFIELD RENTALS, LLC,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:17-CV-00068<br>§<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiffs' Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit, the civil record of this lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Ruben Naranjo and the Opt-In Plaintiffs therein against NXT Oilfield Rentals, LLC be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this 9th day of October, 2018 in Corpus Christi, Texas.

HONORABLE NELVA GONZALES RAMOS
UNITED STATES JUDGE